Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Tel.   (702) 259-7777
Fax.  (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff
Helen Mojtehedi*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN MOJTEHEDI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN DURANTE d/b/a and a/k/a DURANTE INSURANCE and FINANCIAL SERVICES also d/b/a and a/k/a DURANTE AGENCY; DOES 1 through 10 and ROE Corporations 11 through 20, inclusive,<br><br>Defendant. | Case No: 2:23-cv-00402-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

It is hereby stipulated by and between Plaintiff Helen Mojtehedi ("Plaintiff") through her counsel Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy | Messer and Defendant Christian Durante d/b/a and a/k/a Durante Insurance and Financial Services also d/b/a and a/k/a Durante Agency ("Defendant") through its counsel Jill Garcia, Esq. and Kelly B. Stout, Esq. of Hone Law, that Plaintiff shall have an extension up to and including **May 16, 2023**, to file her response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 15). The response is currently due on May 9, 2023 and this is the first request for extension to file a response to Defendant's Motion to Dismiss Plaintiff's Frist Amended Complaint. This stipulation is submitted per LR IA 6-

1 and based upon the following:

1. Plaintiff filed her Complaint on or about February 2, 2023 in the Eighth Judicial District Court.

2. Defendant removed this matter to the United States District Court on March 14, 2023. ECF No. 1.

3. Defendant filed its Motion to Dismiss Plaintiff's Complaint on March 21, 2023. ECF No. 7.

4. Plaintiff filed her First Amended Complaint on April 11, 2023. ECF No. 12.

5. Defendant's Motion to Dismiss Plaintiff's Complaint was therefore mooted and denied without prejudice accordingly. *See* ECF No. 14.

6. Defendant then filed its Motion to Dismiss Plaintiff's First Amended Complaint on April 25, 2023. ECF No. 15.

7. Plaintiff's Response is currently due on May 9, 2023.

8. This is the first request for an extension of time for Plaintiff to file her Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

9. This request for extension is made in good faith, with good cause, and not for the purpose of delay. Previously this Honorable Court was made aware that Plaintiff's counsel's immediate family member had suffered a medical emergency, requiring intubation, and that this family emergency required a great deal of Plaintiff's lead counsel's immediate time and attention. Simultaneously, a key employee required leave to deal with a debilitating medical condition. Finally, Plaintiff's lead counsel has also had to travel to our state capital for an exigent legal matter which similarly has required significant time and attention.

/ / /

10. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED.**

DATED this 9th day of May 2023

Respectfully submitted,

| /s/ Christian Gabroy | /s/ Kelly Stout |
|---|---|
| Christian Gabroy | Jill Garcia |
| Nev Bar No. 8805 | Nev. Bar No. 7805 |
| Kaine Messer | Kelly B. Stout |
| Nev. Bar No. 14240 | Nev. Bar No. 12105 |
| GABROY | MESSER | HONE LAW |
| The District at Green Valley Ranch | 701 North Green Valley Parkway |
| 170 South Green Valley Parkway | Suite 200 |
| Suite 280 | Henderson, NV 89704 |
| Henderson, NV 89012 | Tel. (702) 608-3720 |
| Tel. (702) 259-7777 | Fax. (702) 608-7814 |
| Fax. (702) 259-7704 | jgarcia@hone.law |
| christian@gabroy.com | kstout@hone.law |
| kmesser@gabroy.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED** May 26, 2023.

_____
UNITED STATES DISTRICT JUDGE