# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Helen Mojtehedi,<br><br>Plaintiff,<br><br>v.<br><br>Chrisian Durante dba and aka Durante Insurance and Financial Services also dba and aka Durante Agency, et al.,<br><br>Defendants. | Case No. 2:23-cv-00402-JCM-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to extend discovery deadlines. (ECF No. 38). Plaintiff explains that her counsel proposed a 75-day extension to Defendant. Defendant countered with a 45-day extension. Plaintiff's counsel offered a compromise of a 60-day extension but has yet to hear back from Defendant. The Court will grant a 60-day extension. *See Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) ("[t]he district court has wide discretion in controlling discovery").

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend (ECF No. 38) is **granted in part and denied in part**. The following deadlines shall govern discovery:

| | |
|---|---|
| Discovery cutoff: | February 9, 2024 |
| Dispositive motions: | March 11, 2024 |
| Joint pretrial order: | April 9, 2024[1] |

DATED: November 22, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for fling the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.