**HONE LAW**
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Defendant Christian Durante*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN MOJTEHEDI, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>CHRISTIAN DURANTE d/b/a and a/k/a DURANTE INSURANCE and FINANCIAL SERVICES also d/b/a and a/k/a DURANTE AGENCY; DOES 1 through 10 and ROE Corporations 11 through 20,<br><br>         Defendants. | Case No. 2:23-cv-00402-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR [ECF 44] PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**(First Request)** |

Defendant Christian Durante ("Defendant") and Plaintiff Helen Mojtehedi ("Plaintiff," and jointly with Defendant, the "Parties"), by and through their undersigned counsel, hereby submit this Stipulation and Order to extend the briefing schedule on Plaintiff's Motion to Extend Discovery Deadlines (ECF 44), to allow the Parties to continue their discussion regarding the requested extension.

IT IS HEREBY STIPULATED AND AGREED as follows:

1.  Jill Garcia, lead counsel for Defendant, unexpectedly passed away on February 5, 2024.

2.  Under the current scheduling order [ECF 39], discovery closed on February 9, 2024.

3.  On February 9, 2024, Plaintiff filed a Motion to Extend Discovery Deadlines (ECF 44), requesting a 90-day extension of time to complete the remaining discovery.

/ / /

1

4. Pursuant to LR 7-2, Defendant's response to the Motion would be due on February 23, 2024.

5. Since before Plaintiff filed the Motion, counsel for the Parties have been discussing the terms of a stipulation to complete discovery.

6. At present, the Parties' counsel are close to an agreement that would resolve the Motion but need some additional time to finalize the terms and prepare a written stipulation for the Court's review.

7. Therefore, the Parties agree to extend Defendant's deadline to file his response to the Motion by seven (7) days, from February 23, 2024 to March 1, 2024.

Respectfully stipulated to and submitted this 23rd day of February 2024, by:

HONE LAW

/s/ Kelly B. Stout
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Defendant Christian Durante*

GABROY MESSER

/s/ Christian Gabroy
Christian Gabroy, NV Bar No. 8805
christian@gabroy.com
Kaine M. Messer, NV Bar No. 14240
kmesser@gabroy
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

GALLAGHER LAW
Kathleen H. Gallagher, NV Bar No. 15043
Kathleen@gallagherlawlv.com
1850 E. Sahara Avenue, Ste. 107
Las Vegas

*Attorneys for Plaintiff Helen Mojtehedi*

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2024

