UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Helen Mojtehedi, | Case No. 2:23-cv-00402-JCM-DJA |
|---|---|
| Plaintiff, | |
| v. | Order |
| Christian Durante d/b/a and a/k/a Durante Insurance and Financial Services also d/b/a and a/k/a Durante Agency, | |
| Defendant. | |

Before the Court is Plaintiff's motion to extend discovery deadlines by ninety days. (ECF No. 44). Plaintiff explains that Defendant's lead counsel—Jill Garcia, Esq.—passed away, requiring the rescheduling of certain depositions. (*Id.* at 5). Plaintiff adds that the parties must still resolve certain discovery issues as well. (*Id.*). Defendant filed a limited opposition, not opposing the extension of deadlines, but asking the Court to limit the discovery the parties may conduct during the extended time to that which "was already in progress and/or contemplated by the Parties at the time of Ms. Garcia's passing…" (ECF No. 47 at 1). Plaintiff responds that the parties did not agree to limit discovery as Defendant proposes and asserts that Plaintiff is "owed significant discovery…" (ECF No. 48).

Given the parties' disagreement regarding how much discovery remains in this case and the fact that Defendant has not filed a motion for a protective order, the Court declines to limit the scope of the parties' remaining discovery at this stage. However, the Court finds good cause to extend the parties' discovery deadlines. The Court thus grants Plaintiff's motion.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 44) is **granted.** The following deadlines shall govern discovery:

    Discovery cutoff:                    May 9, 2024

    Dispositive motions:              June 10, 2024

    Joint pretrial order:              July 10, 2024[1]

DATED: March 21, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.