**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax    702-608-7814

*Attorneys for Defendant Christian Durante*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HELEN MOJTEHEDI, an individual, | Case No. 2:23-cv-00402-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| CHRISTIAN DURANTE d/b/a and a/k/a DURANTE INSURANCE and FINANCIAL SERVICES also d/b/a and a/k/a DURANTE AGENCY; DOES 1 through 10 and ROE Corporations 11 through 20, | **(Fourth Request)** |
| Defendants. | |

Under Rule 29(b) Federal Rules of Civil Procedure ("FRCP") and LR 26-3, Helen Mojtehedi ("Plaintiff") and Christian Durante ("Defendant" and jointly with Plaintiff, the "Parties"), by and through their counsel of record, hereby submit this Stipulation and Order to Extend Discovery Deadlines (Fourth Request).

IT IS STIPULATED AND AGREED between the Parties to extend the discovery deadlines set by the current scheduling order [ECF 49] by 90 days to allow Defendant's new lead counsel, Eric Hone, additional time to transition into the case and for the Parties to try to settle this matter.

/ / /

/ / /

/ / /

/ / /

1

## I. DISCOVERY COMPLETED TO DATE

**A.     FRCP 26(a)(1) Initial Disclosures**

Plaintiff has produced 418 pages of documents and disclosed 21 individuals likely to have discoverable information. Plaintiff produced her initial disclosure on May 5, 2023, and supplemented her disclosures 6 times on: May 18, 2023; June 2, 2023; July 13, 2023; September 11, 2023; January 28, 2024; and January 31, 2024.

Defendant has produced 656 pages of documents and disclosed 7 individuals likely to have discoverable information. Defendant produced his initial disclosure on May 1, 2023, and supplemented his disclosures 6 times on: May 24, 2023; June 20, 2023; June 29, 2023; September 13, 2023; January 18, 2024; January 19, 2024, and April 25, 2024.

**B.     Written Discovery Requests**

**1. Requests for Production ("RFPs")**

a. Plaintiff served her first set of RFPs (requests #1-26) on March 15, 2023. Defendant served his responses on May 1, 2023 and supplemented his responses on June 29, 2023.

b. Plaintiff served her second set of RFPs (requests #27-35) on May 18, 2023. Defendant served his response on June 20, 2023 and supplemented his responses on June 29, 2023.

c. Defendant served his first set of RFPs (requests #1-32) on May 3, 2023. Plaintiff served her responses on July 2, 2023.

d. Defendant served his second set of RFPs (requests #33-35) on June 6, 2023. Plaintiff served her response on July 6, 2023.

e. Defendant served his third set of RFPs (requests # 36-40) on August 11, 2023. Plaintiff served her response on September 11, 2023.

**2. Requests for Admission ("RFAs")**

a. Plaintiff served her first set of RFAs (requests #1-40) on May 18, 2023. Defendant served his responses on June 20, 2023 and supplemented his responses on June 29, 2023.

        b. Defendant served his first set of RFAs (requests #1-11) on August 11, 2023. Plaintiff served her responses on September 11, 2023.

3. **Interrogatories ("ROGs")**

        a. Plaintiff served her first set of ROGs (interrogatories #1-20) on May 18, 2023. Defendant served his objections on June 20, 2023.[1]

        b. Defendant served his first set of ROGs (interrogatories #1-19) on May 3, 2023.  Plaintiff served her responses on July 2, 2023.

        c. Defendant served his second set of ROGs (interrogatories #20-2) on June 6, 2023. Plaintiff served her responses on July 6, 2023.

        d. Plaintiff supplemented her responses to interrogatories #1, 4, 5, 6, 11, 13, 20 and 21 on December 4, 2023.

**C.**  **Third-Party Subpoenas Duces Tecum ("SDT") for Documents**

The Parties have issued subpoenas duces tecum to 8 non-parties:

        a. On December 22, 2023, Defendant served a Notice of Intent to Serve a Subpoena on College of Southern Nevada ("CSN"); Nevada Department of Employment, Training & Rehabilitation ("DETR"); CoWorx Staffing Services, LLC ("CoWorx"); Westwind School of Aeronautics, Phoenix LLC aka United Aviate Academy ("UAA"); Dr. Mehrdad Tafreshi ("Tafreshi"); and Raquel Campell, MFT ("Campbell").  Plaintiff did not object.

            a. The CSN SDT was served on January 2, 2024. CSN responded to the subpoena and the documents were produced in Defendant's 5th Supplement to his initial disclosures on January 18, 2024.

            b. The DETR SDT was served on January 5, 2024. DETR responded to the subpoena and the documents were produced in Defendant's 6th Supplement to his initial disclosures on January 19, 2024.



---

[1]  Defendant maintains that Plaintiff's ROGs contain discreet subparts and therefore constitute more than 20 interrogatories. Plaintiff and Defendant, if this matter does not resolve, will meet and confer on such interrogatory responses as Defendant has only objected to such Interrogatories and not provided any responses at this time.

      c. The UAA SDT was served on December 27, 2023. UAA responded to the subpoena and the documents were produced in Defendant's 5th Supplement to his initial disclosures on January 18, 2024.

      d. The Tafreshi SDT was served on January 4, 2024. Tafreshi responded to the subpoena and the documents were produced in Defendant's 5th Supplement to his initial disclosures on January 18, 2024.

      e. The Campbell SDT was served on December 27, 2023. Campbell responded to the subpoena and the documents were produced in Defendant's 5th Supplement to his initial disclosures on January 18, 2024.

      f. The CoWorx SDT was served on December 26, 2023. CoWorx has not responded to the SDT.

  b. On December 26, 2023, Plaintiff served a Notice of Intent to Serve a Subpoena on Heartland Payroll Solutions, Inc. ("Heartland") and MBE Capital Partners LLC ("MBE"). Defendant did not object.

      a. The Heartland SDT was served on February 7, 2024. Heartland responded to the subpoena and the documents were produced in Plaintiff's Seventh Supplement to her initial disclosures on April 25, 2024.

      b. The MBE SDT was served on February 7, 2024. MBE has not responded to the subpoena. The CEO is in prison and MBE appears "permanently closed."

Plaintiff also signed an authorization to allow Defendant to obtain her income tax returns. The request was sent to the IRS on December 27, 2023. To date, no documents have been received.

**D.    Depositions**

Defendant deposed Plaintiff on January 29, 2024.

/ / /

/ / /



The Parties had scheduled five additional depositions for the week of February 5-9, 2024. However, due to Ms. Garcia's death, those deposition dates were vacated and rescheduled as follows:

1. Defendant has re-noticed the deposition of Raquel Campbell for May 6, 2024;
2. Plaintiff has re-noticed the deposition of Yvonne Duran for May 2, 2024;
3. Plaintiff has re-noticed the deposition of Ching Vogl for May 7, 2024;
4. Plaintiff has re-noticed the deposition of Suzanne Durante for May 8, 2024; and
5. Plaintiff has re-noticed the deposition of Christian Durante for May 9, 2024.

**E.     FRCP 26(a)(2) Expert Disclosures**

Plaintiff has disclosed Raquel Campbell, MS LMFT ("Campbell"), a former medical provider of Plaintiff, under FRCP 26.  Plaintiff maintains that Campbell was disclosed as a non-retained expert. Defendant disputes that Campbell was disclosed as an expert witness.

## II.     DISCOVERY THAT REMAINS TO BE COMPLETED

1. The Parties will supplement their initial disclosures under the rules.
2. The Parties will produce documents received from third parties in response to their subpoena duces tecum and Defendant's request for Plaintiff's tax returns to the IRS.
3. The Parties may supplement and/or amend their responses to written discovery requests with any new or different information.
4. The Parties have agreed to reschedule the remaining five depositions as follows:
    a. The deposition of Yvonne Duran will be taken at 10:00 a.m. on June 25, 2024;
    b. Plaintiff has re-noticed the deposition of Ching Vogl will be taken at 10:00 a.m. on June 27, 2024;
    c. Plaintiff has re-noticed the deposition of Suzanne Durante will be taken at 10:00 a.m. on June 28, 2024;
    d. Plaintiff has re-noticed the deposition of Christian Durante for will be taken at 10:00 a.m. on July 1, 2024; and



e. It is expected that Defendant will want to take the deposition of Dr. Raquel Campbell between July 8, 2024 and August 7, 2024.

The Parties have planned additional time before the deposition of Raquel Campbell because they are working to resolve a dispute related to the deposition but anticipate that they may require judicial guidance. Therefore, the Parties have built in time to allow for motion practice on that issue, if needed, without further extending discovery.

### III. REASONS WHY DISCOVERY CANNOT BE COMPLETED UNDER THE CURRENT SCHEDULING ORDER

Jill Garcia was Defendant's lead counsel and unexpectedly passed away in February of this year. Shortly thereafter, the Court ordered a 90-day extension of discovery. [ECF 49.] During that time, Hone Law has undertaken assess all of Ms. Garcia's cases, conferred with her clients, and determined how best to restaff each matter. As Ms. Garcia was the lead attorney for more than 40 open matters, this process has required a significant amount of time and effort from all of the attorneys and staff at Hone Law.

Eric Hone has taken over as lead counsel for all of Ms. Garcia's matters and added her cases to his existing caseload. While he has been working diligently to become familiar with the facts, legal issues, and strategy for each of Ms. Garcia's cases, he requires additional time to learn all of the information necessary to effectively manage this case and advise Defendant.

Additionally, recent discussions between the counsel have shown that the Parties are committed to settling this matter and request that the extension include sufficient time for them to pursue that avenue before incurring the expenses related to depositions or discovery disputes. Counsel for both Parties feel that incurring those costs would negatively affect the Parties' potential for settlement. Counsel believe that continuing and engaging in good faith discussions with the end goal of finalizing this matter is beneficial to everyone.

Extending discovery for an additional 90 days, will allow the Parties to pursue settlement in earnest without taking on the additional costs associated with the depositions or expending further resources relating to their dispute over issues relating to the deposition of Raquel

///

Campbell. If the Parties are unable to settle the case, the extension will allow Defendant's new lead counsel to become fully informed before moving the case forward.

### IV. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Last Day to Add Parties and Amend Pleadings (*see* ECF 27) | June 13, 2023 | No Change |
| Last day to serve Initial Expert Disclosures (*see* ECF 27) | July 13, 2023 | No Change |
| Last day to serve Rebuttal Expert Disclosures (*see* ECF 27) | August 14, 2023 | No Change |
| Last Day to Complete Discovery except as otherwise specified (*see* ECF 49) | May 9, 2024 | **August 7, 2024** |
| Last day to file Dispositive Motions (*see* ECF 49) | June 10, 2024 | **September 9, 2024**[2] |
| Last Day to file the Joint Pretrial Order (*see* ECF 49) | July 10, 2024, or 30 days after resolution of dispositive motions | **October 8, 2024**, or 30 days after resolution of dispositive motions |

Dated this 2nd day of May 2024.

HONE LAW

*/s/Kelly B. Stout*
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2024

GABROY MESSER

*/s/Christian Gabroy*
Christian Gabroy, NV Bar No. 8805
Christian@gabroy.com
Kaine M. Messer, NV Bar No. 14240
kmesser@gabroy.com
170 South Green Valley Parkway, Ste. 280 Henderson, NV 89102



---

[2] Monday, September 9, 2024 is 91 days after the current deadline of June 10, 2024, because the 90th day falls on a Sunday.

7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GALLAGHER LAW

Kathleen H. Gallagher, NV Bar No. 15043
kathleen@gallagherlawlv.com
1850 E. Sahara Ave., Ste. 107
Las Vegas, NV 89104

*Attorneys for Plaintiff*

