**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814
*Attorneys for Defendant*
*Christian Durante*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN MOJTEHEDI, an individual, | Case No. 2:23-cv-00402-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| CHRISTIAN DURANTE d/b/a and a/k/a DURANTE INSURANCE and FINANCIAL SERVICES also d/b/a and a/k/a DURANTE AGENCY; DOES 1 through 10 and ROE Corporations 11 through 20, | |
| Defendants. | |

Defendant Christian Durante ("Durante"), and Plaintiff Helen Mojtehedi ("Mojehedi") (together with Defendant, the "Parties"), by and through their respective counsel of record, hereby file this Stipulation and Order to dismiss with prejudice all claims and defenses that were asserted in this action or that could have been asserted in this action under FRCP 18.

/ / /

/ / /



1

Notwithstanding any prior representations to the Court, the Parties further agree that each Party is to bear its own costs, expenses, and attorney fees.

Dated this 9th day of December 2024.

HONE LAW

*/s/Kelly B. Stout*
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200 Henderson, NV 89074

*Attorneys for Defendant Christian Durante*

Dated this 9th day of December 2024.

GABROY MESSER

*/s/Kaine M. Messer*
Christian Gabroy, NV Bar No. 8805
christian@gabroy.com
Kaine M. Messer, NV Bar No. 14240
kmesser@gabroy
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

GALLAGHER LAW
Kathleen H. Gallagher, NV Bar No. 15043
Kathleen@gallagherlawlv.com
1850 E. Sahara Avenue, Ste. 107
Las Vegas

*Attorneys for Plaintiff Helen Mojtehedi*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

Date: December 11, 2024

